**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RUBEN DARIO LOJA LOJA, *Petitioner*, v. MOSHANNON VALLEY ICE PROCESSING CENTER, *Respondent*. | ) | Case No. 3:26-cv-01378<br>District Judge Stephanie L. Haines |

# JUDGMENT

**AND NOW**, this 3rd day of November, 2026, it is hereby **ORDERED, ADJUDGED AND DECREED** that, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **FINAL JUDGMENT** is entered in favor of Petitioner and against Respondent.

Stephanie L. Haines
United States District Court Judge

Cc/ECF: counsel of record